IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jamaal A. Hayward, | ) | C/A No.: 3:19-1261-SVH |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Southern Food Service Management, Inc., | ) | |
| Defendant. | ) | |

This matter comes before the court on the motion [ECF No. 21] of Defendant to compel Jamaal A. Hayward ("Plaintiff") to produce responses to Defendant's First Set of Interrogatories and First Set of Requests for Production ("Discovery Requests"), which are attached to Defendant's motion at ECF No. 21-1.

The motion indicates that the Discovery Requests were first served on Plaintiff on June 17, 2019. After informal attempts to obtain discovery responses from Plaintiff's counsel, Defendant's counsel advised Plaintiff's counsel that Defendant would file a motion to compel if it did not receive responses by the morning of September 3, 2019. [ECF No. 21]. Defendant's motion indicates that Plaintiff has failed to respond to the Discovery Requests. [ECF No. 21].

1

In light of the foregoing, the court grants Defendant's motion to compel. Plaintiff is directed to provide responses to the discovery requests by ~~August~~ September 17, 2019. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order may result in a recommendation that this case be dismissed for failure to participate in discovery and/or sanctions, including payment of Defendant's attorneys' fees and costs in preparing such motions.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 4, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge